JONATHAN HANGARTNER (SBN 196268)
X-PATENTS, APC
5670 La Jolla Blvd.
La Jolla, CA 92037
Telephone: 858-454-4313
Facsimile: 858-454-4314

DARLENE R. SEYMOUR (*pro hac vice*)
BRIAN J. MCGINNIS (*pro hac vice*)
Continental Enterprises
1292 E. 91st Street
Indianapolis, Indiana 46240
Telephone:
Facsimile:

Attorneys for Plaintiff
HECKLER & KOCH, INC.

DEBORAH YOON JONES (SBN 178127)
Debbie.Jones@Alston.com
JOANN M. WAKANA (SBN 232714)
Joann.Wakana@Alston.com
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, California 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100

LARRY C. JONES (*pro hac vice*)
JASON M. SNEED (*pro hac vice*)
THERESA CONDUAH (*pro hac vice*)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Telephone: 704-444-1000
Facsimile: 704-444-1111

Attorneys for Defendant,
101TECH USA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECKLER & KOCH, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>101 TECH USA INC., (erroneously sued as Johnson Yang dba Top Tech),<br><br>　　　　　Defendant. | Case No.: CV 09-09136-CAS (VBKx)<br><br>ORDER<br>PARTIES' JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER<br><br>NOTE CHANGES MADE BY THE COURT. |

**COME NOW** Plaintiff and Defendant, by and through their legal counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and hereby jointly move the Court to enter the proposed Protective Order attached hereto as Exhibit 1.

In support of this motion, the parties jointly represent that certain information, documents and things that contain particularly sensitive, confidential and proprietary business or commercial information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure may be disclosed by the parties and/or third-parties voluntarily and/or in response to discovery demands; and that it would serve the interests of the parties and third-parties to conduct this proceeding and discovery herein under a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

More particularly, this action involves claims of trade dress and trademark infringement by Plaintiff against Defendant, and counterclaims by Defendant that it does not infringe any right of Plaintiff and that Plaintiff does not have the trade dress or other rights it claims to own. In connection with these contentions and potentially in connection with other matters at issue, the parties anticipate obtaining discovery from each other and also several third-party entities, some of which are likely to be competitors of one of the parties. The parties also anticipate that some of the documents and information solicited in the discovery from each other or those third-parties may be particularly sensitive, confidential and proprietary in nature and relating, for example, to sales volumes pertaining to particular products, revenues generated by such sales, the sources of such goods, etc. Such non-public information and documents should be protected from unnecessary disclosure and require special protection from disclosure pursuant to Rule 26(c), F.R.Civ.P.

The parties have agreed to the terms contained in the attached proposed Protective Order, and a [Proposed] Protective Order granting the requested relief is submitted herewith for the convenience of the Court.

Alston & Bird LLP

| | |
|---|---|
| X-PATENTS, APC | ALSTON & BIRD LLP |
| By: s/ Jonathan Hangartner<br>JONATHAN HANGARTNER<br>Attorneys for Plaintiff | By: s/ Theresa Conduah<br>Theresa Conduah<br>Attorneys for Defendant |

SO ORDERED:
3/25, 2010

Victor B. Kenton
United States Magistrate Judge
Central District of California

- Parties will comply with 5.079-5
- Confidentiality of information utilized at trial, or in other proceedings before the District Judge, is not subject to this Order, unless approved by the District Judge.